IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case 1:87-cr-308-RCL |
| : | |
| v. : | |
| : | |
| MOHAMMED RASHED : | |
| a.k.a. RASHID MOHAMMED : | |

## UNOPPOSED MOTION TO FILE UNDER SEAL

The United States of America hereby moves pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5.1(j) to file its response to Defendant Mohammed Rashed's petition for a writ of habeas corpus under seal. (Dkt. No. 176). This Court granted Defendant's request to file his habeas petition under seal. The Court then ordered the Government to respond by March 31, 2014. (Dkt. No. 177). The Government requests leave to file its response to Defendant's habeas petition under seal because any public representations or characterizations of dealings between the United States and certain other countries regarding Defendant's removal may negatively impact ongoing removal efforts. High-level engagement is currently taking place, and it would be in the parties' mutual interest to avoid disrupting the confidential diplomatic dealings that are ongoing. Defendant does not oppose this request. A proposed order is attached.

Dated: March 26, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　COLIN A. KISOR
　　　　　　　　　　　　　　　　　　　　　　Acting Director
　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　　District Court Section

　　　　　　　　　　　　　　　　　　　　　　**s/ Christopher W. Dempsey**
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER W. DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　　　　　District Court Section
　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation

        U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4110
Facsimile: (202) 305-7000
Email: Christopher.Dempsey@usdoj.gov

Attorneys for United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically upon the following:

Robert Lewis Tucker
3812 N. Pershing Drive
Arlington, VA 22203
(703) 527-1622
Email: roberttuckerlaw@gmail.com

A.J. Kramer
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004
a._j._kramer@fd.org

        **s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
U.S. Department of Justice